# Court of Appeals
# of the State of Georgia

ATLANTA, May 20, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0122. HILL v. LABAT.**

Upon consideration of Appellant's Emergency Motion Requesting Extension to File an Application of Discretionary Appeal, the same is HEREBY DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/20/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*